UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
VIRGINIA MILANES, OMAR MIGUEL FARFAN,
MANUEL ALBERTO MARTINEZ, ANDRES
GIOVANNY SANCHEZ, NANCY CASTRO, and
MARGOTH PEREZ DE CHALAMPA, on behalf of
themselves and all other similarly situated individuals,

         Plaintiffs,

 -against-

MICHAEL CHERTOFF, in his official capacity as
Secretary of the Department of Homeland Security,
EMILIO GONZALEZ, in his official capacity as
Director of the United States Citizenship and
Immigration Services, ANDREA QUARANTILLO,
in her official capacity as District Director of the
New York City District of the United States
Citizenship and Immigration Services,
MICHAEL B. MUKASEY, in his official capacity as
Attorney General of the United States, and
ROBERT S. MUELLER, III, in his official capacity as
Director of the Federal Bureau of Investigation,

         Defendants.
------------------------------------------------------------------X

08 Civ. 2354

(ECF CASE)

**NOTICE OF APPEARANCE**

To the Clerk of this court and all parties of record:

 Enter my appearance as additional co-counsel in this case for Plaintiffs Virginia Milanes, Omar Miguel Farfan, Manuel Alberto Martinez, Andres Giovanny Sanchez, Nancy Castro, and Margoth Perez de Chalampa, on behalf of themselves and all other similarly situated individuals.  I certify that I am admitted to practice in this Court.

2

March 10, 2008

          /s/ Jane Greengold Stevens
Jane Greengold Stevens  (JS 4790)
NEW YORK LEGAL ASSISTANCE GROUP
450 West 33rd Street, 11th Floor
New York, New York 10001
Tel:  (212) 613-5031
Fax:  (212) 750-0820

Attorneys for Plaintiffs

2