UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
VIRGINIA MILANES, et al        )        **NOTICE OF APPEARANCE**

                Plaintiffs,        )

  -against-        )

MICHAEL CHERTOFF, et al,        )        ECF Case

                Defendants.        )
-----------------------------------------------------------------x

      PLEASE TAKE NOTICE, that Alan Levine, Esq., hereby appears on behalf of plaintiffs.

Dated: New York, New York
       April 2, 2008

                                          Alan Levine
                                          Puerto Rican Legal Defense
                                            and Education Fund
                                          99 Hudson St., 14th Floor
                                          New York, N.Y. 10013
                                          212-739-7506