AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**APPEARANCE**

Case Number: 08 CV 2354

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

VIRGINIA MILANES, OMAR MIGUEL FARFAN, MANUEL ALBERTO MARTINEZ, ANDRES GIOVANNY SANCHEZ, NANCY CASTRO, and MARGOTH PEREZ DE CHALAMPA, and all other similarly situated individuals (Plaintiffs)

I certify that I am admitted to practice in this court.

| 3/13/2008 | _(signature)_ |
|---|---|
| Date | Signature |

| Richard Slack | RS-3180 |
|---|---|
| Print Name | Bar Number |

Weil, Gotshal & Manges LLP, 767 Fifth Avenue
Address

| New York | NY | 10153 |
|---|---|---|
| City | State | Zip Code |

| (212) 310-8017 | (212) 310-8007 |
|---|---|
| Phone Number | Fax Number |