AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

## APPEARANCE

Case Number: 08 CV 2354

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

VIRGINIA MILANES, OMAR MIGUEL FARFRAN, MANUEL ALBERTO MARTINEZ, ANDRES GIOVANNY SANCHEZ, NANCY CASTRO, and MARGOTH PEREZ DE CHALAMPA, on behalf of themselves and all other similarly situated individuals

I certify that I am admitted to practice in this court.

| 4/2/2008 | *signature* |
|---|---|
| Date | Signature |
| | JAMES QUINN     JQ6262 |
| | Print Name     Bar Number |
| | Weil, Gotshal & Manges LLP, 767 Fifth Avenue |
| | Address |
| | New York     NY     10153 |
| | City     State     Zip Code |
| | (212) 310-8385     (212) 735-4657 |
| | Phone Number     Fax Number |