PUERTO RICAN
LEGAL DEFENSE
AND EDUCATION
F    U    N    D

April 3, 2008





99 HUDSON STREET
NEW YORK, NY 10013-2815
212-219-3360, 800-328-2322
FACSIMILE 212-431-4276

Honorable Lawrence M. McKenna
United States Courthouse
500 Pearl St., Room 1640
New York, NY 10007

**MEMO ENDORSED**

RE: <u>Milanes et al. v. Michael Chertoff et al.</u> (08 CV 2354)

Dear Judge McKenna,

Plaintiffs respectfully request permission to file the accompanying combined brief for preliminary injunctive relief, class certification, and expedited discovery, which exceeds the number of pages normally permitted for individual briefs, but which reflects the facts and analysis for three separate motions. Upon contacting your Honor's clerk, I was told we should submit a cover letter to the court with the accompanying combined brief seeking permission to file a combined brief of no more than 50 pages.

Granted. So ordered.
[signature] 4/3/08

Respectfully Submitted,

[signature]

Foster Maer

33