UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
VIRGINIA MILANES, et al.,

                Plaintiffs,    :    **ECF CASE**

      v.

                                          08 Civ. 02354 (LMM)

MICHAEL CHERTOFF, et al.,

                Defendants.    :    NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO:    Clerk of Court
         United States District Court
         Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note her appearance in this case

and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
          April 7, 2008

                                                        Respectfully submitted,

                                                        MICHAEL J. GARCIA
                                                        United States Attorney for the
                                                        Southern District of New York

                                    By:    /s/_____
                                                        KIRTI VAIDYA REDDY
                                                        Assistant United States Attorney
                                                        86 Chambers Street, 3rd Floor
                                                        New York, New York 10007
                                                        Telephone: (212) 637-2751
                                                        Facsimile: (212) 637-2786
                                                        Email: kirti.reddy@usdoj.gov

To:    Alan H. Levine, Esq.
         Law Offices of Alan Levine
         99 Hudson Street Street, 14th Floor
         New York, NY 10013

2

CC: Foster S. Maer
  Jackson Chin
  Jose-Luis Perez
  Puerto Rican Legal Defense and Education Fund, Inc
  99 Hudson Street Street, 14th Floor
  New York, NY 10013

  James W. Quinn
  Richard William Slack
  Weil, Gotshal & Manges LLP
  767 Fifth Avenue, NY 10023
  New York, NY 10023

  Jane Greengold Stevens
  Jason David Parkin
  New York Legal Assistance Group
  450 West 33rd Street, 11th Flr.
  New York, NY 10001

  Michael David Sant'Ambrogio
  Michael D. Sant'Ambrogio, Esq.
  261 West 21st Street, #25
  New York, NY 10011