UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
VIRGINIA MILANES, et al.,

                Plaintiffs,           :        **ECF CASE**

      v.

                                      08 Civ. 02354 (LMM)

MICHAEL CHERTOFF, et al.,

                Defendants.      NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO:    Clerk of Court
         United States District Court
         Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
          April 7, 2008

                                                      Respectfully submitted,

                                                        MICHAEL J. GARCIA
                                                      United States Attorney for the
                                                      Southern District of New York

                                      By:   /s/_____
                                                     ROBERT W. YALEN
                                                     Assistant United States Attorney
                                                     86 Chambers Street, 3rd Floor
                                                     New York, New York 10007
                                                     Telephone: (212) 637-2722
                                                     Facsimile: (212) 637-2717
                                                     Email: robert.yalen@usdoj.gov

To:    Alan H. Levine, Esq.
         Law Offices of Alan Levine
         99 Hudson Street Street, 14th Floor
         New York, NY 10013

2

CC: Foster S. Maer
   Jackson Chin
   Jose-Luis Perez
   Puerto Rican Legal Defense and Education Fund, Inc
   99 Hudson Street Street, 14th Floor
   New York, NY 10013

   James W. Quinn
   Richard William Slack
   Weil, Gotshal & Manges LLP
   767 Fifth Avenue, NY 10023
   New York, NY 10023

   Jane Greengold Stevens
   Jason David Parkin
   New York Legal Assistance Group
   450 West 33rd Street, 11th Flr.
   New York, NY 10001

   Michael David Sant'Ambrogio
   Michael D. Sant'Ambrogio, Esq.
   261 West 21st Street, #25
   New York, NY 10011