UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

VIRGINIA MILANES, ET AL.

v.

MICHAEL CHERTOFF, ET AL.

-----------------------------------------------------------X

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

08 Civ. 2354 (LMM)( )

USDC SDNY
ELECTRONICALLY FILED
DATE FILED: 4/21/08

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

- ✓ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

- ___ Specific Non-Dispositive Motion/Dispute:*

  _____
  _____

  If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

- ___ Settlement*

- ___ Inquest After Default/Damages Hearing

- ___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

- ___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

  Purpose:_____

- ___ Habeas Corpus

- ___ Social Security

- ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

  Particular Motion:_____

  All such motions: ___

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
          4/21/08

_____
United States District Judge