

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 22, 2008

RECEIVED
IN CHAMBERS

APR 2 ? 20

LAWRENCE M.
USDJ

By Hand Delivery
Hon. Lawrence M. McKenna
United States District Judge
United States District Court
500 Pearl St., Room 1640
New York, NY 10007

**MEMO ENDORSED**

<u>Milanes v. Chertoff, 08 Civ. 2354 (LMM) (KNF)</u>

Dear Judge McKenna:

The Government is respectfully enclosing a courtesy copy of the Federal Bureau of Investigation administrative record for the above-referenced matter, the original of which will be filed with the Court. For the convenience of the Court, the Government is enclosing both a paper copy of the record and a disk containing a PDF copy.

Because of this administrative record's size, and because the Government anticipates that future administrative records in this case will be voluminous and, in the case of plaintiffs' A-Files, will include personal information, the Government respectfully requests the Court's permission to file its administrative records with the Clerk of Court by manually filing a hard copy and computer disks, rather than through the ECF system. We thank the Court for its consideration of this request.

*Granted. So or-*
*dered.*

*[signature] LMM  4/23/08*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/08

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: [signature]

KIRTI VAIDYA REDDY
ROBERT WILLIAM YALEN
Assistant United States Attorneys
Tel.: (212) 637-2751 (Reddy)
Tel.: (212) 637-2722 (Yalen)
Fax: (212) 637-2687

cc (w/ Encl.): Hon. Kevin Nathaniel Fox

Caroline Zalka, Esq.
*Attorney for Plaintiffs*

*cc 4/23/08*