UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

VIRGINIA MILANES, ET AL.,                 :

           Plaintiffs,                 :

        -against-                                :        ORDER

MICHAEL CHERTOFF, ET AL.,               :        08 Civ. 2354 (LMM)(KNF)

           Defendants.                :

------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/23/08
```

    IT IS HEREBY ORDERED that a telephonic conference will be held in the above-captioned action on May 28, 2008, at 10:30 a.m. The telephonic conference shall be initiated by counsel to the plaintiff to (212) 805-6705.

Dated: New York, New York
       May 23, 2008

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE