USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/28/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

VIRGINIA MILANES, ET AL.,                :

           Plaintiffs,                :

           -against-                :           ORDER

MICHAEL CHERTOFF, ET AL.,                :           08 Civ. 2354 (LMM)(KNF)

           Defendants.                :
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

     A telephonic conference was held with counsel to the respective parties on May 28, 2008, to address certain discovery disputes that had been brought to the Court's attention via correspondence. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

    1.     on or before May 30, 2008, Gregory Smith shall certify that a copy of the complete and accurate administrative record has been provided to the plaintiffs;

    2.     on or before June 2, 2008, the defendants shall provide data responsive to the plaintiffs' discovery demands in hard copy format, as discussed during the conference, and, thereafter, supplement that disclosure with data maintained in an electronic format with the understanding that the electronic data will be provided to the plaintiffs on a rolling basis;

    3.     on or before June 9, 2008, the defendants must respond completely to the plaintiffs' outstanding discovery demands; and

4.   on or before June 2, 2008, the plaintiffs shall respond to the defendants' outstanding discovery demands.

Dated: New York, New York
       May 28, 2008

SO ORDERED:

*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE