MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:    TOMOKO ONOZAWA
       KIRTI VAIDYA REDDY
       ROBERT WILLIAM YALEN
Assistant United States Attorneys
86 Chambers Street
New York, New York  10007
Tel.:  (212) 637-2751 (Reddy)
Tel.:  (212) 637-2721 (Onozawa)
Tel.:  (212) 637-2722 (Yalen)
Fax:  (212) 637-2687
E-mail:  kirti.reddy@usdoj.gov
E-mail:  robert.yalen@usdoj.gov
E-mail:  tomoko.onozawa@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x

| | |
|---|---|
| VIRGINIA MILANES, *et al.*, | |
| Plaintiffs, | ECF Case |
| v. | 08 Civ. 2354 (LMM) (KNF) |
| MICHAEL CHERTOFF, *et al.*, | **NOTICE OF MOTION** |
| Defendants. | |

---------------------------------------------------------------------x

PLEASE TAKE NOTICE that upon Defendants' Memorandum of Law in Support of their Motion to Dismiss in Part and Remand in Part, or, in the Alternative, for Summary Judgment, and in Opposition to Plaintiffs' Motions for a Preliminary Injunction and Class Certification, dated June 19, 2008; Defendants' Statement Pursuant to Local Civil Rule 56.1(a), dated June 19, 2008; the Declaration of Robert William Yalen, dated June 19, 2008; the Declaration of David J. Keevis, dated June 19, 2008; and the Declaration of Michael A. Cannon, dated June 6, 2008; and upon all the pleadings and other papers filed in this action, defendants,

by their attorney, Michael J. Garcia, United States Attorney for the Southern District of New York, will move this Court before the Honorable Lawrence M. McKenna, United States District Judge, for an order dismissing the complaint in part pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure and remanding the case in part pursuant to 8 U.S.C. § 1447(b), or, in the alternative, granting defendants summary judgment pursuant to Rule 56, and for such other relief as the Court deems just.

Dated: New York, New York
       June 19, 2008

                                   MICHAEL J. GARCIA
                                   United States Attorney for the
                                   Southern District of New York

                        By:   /s/ Robert William Yalen
                              TOMOKO ONOZAWA
                              KIRTI VAIDYA REDDY
                              ROBERT WILLIAM YALEN
                              Assistant United States Attorneys
                              86 Chambers Street
                              New York, New York  10007
                              Tel.:  (212) 637-2751 (Reddy)
                              Tel.:  (212) 637-2721 (Onozawa)
                              Tel.:  (212) 637-2722 (Yalen)
                              Fax:  (212) 637-2687
                              E-mail:  kirti.reddy@usdoj.gov
                              E-mail:  robert.yalen@usdoj.gov
                              E-mail:  tomoko.onozawa@usdoj.gov

TO:    Richard Slack, Esq.
        Weil Gotshal & Manges LLP
        *Attorney for Plaintiffs*

        Foster Maer, Esq.
        Puerto Rican Legal Defense and Education Fund
        *Attorney for Plaintiffs*

Jason Parkin, Esq.
New York Legal Assistance Group
*Attorney for Plaintiffs*