

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York 10007*

**MEMO ENDORSED** 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/24/08

RECEIVED
IN CHAMBERS

JUN 2 4 2008

LAWRENCE M. McKENNA
USDJ     SDNY

By Hand Delivery
Honorable Lawrence M. McKenna
United States District Judge
United States District Court
500 Pearl St., Room 1640
New York, NY 10007

<u>Milanes v. Chertoff</u>, 08 Civ. 2354 (LMM) (KNF)

Dear Judge McKenna:

    I am writing on behalf of both parties respectfully to request that the deadline for the taking of depositions in this matter, currently set for June 27, 2008, be extended until July 2, 2008. The parties believe that, in light of the timing of the Government's document productions and other logistical matters, including the availability of witnesses, this extension is necessary to enable the completion of deposition-taking. The parties are in the process of finalizing an agreed deposition schedule pursuant to which depositions would be finished as of July 2, 2008.

    Accordingly, the parties respectfully request that the Court enter an order modifying the current schedule so as to permit depositions to be taken through July 2, 2008. This extension would not modify any other deadlines in the case. We thank the Court for its consideration of this request.

*Granted. So ordered.*
*[signature] LMM 6/24/08*

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: [signature]

TOMOKO ONOZAWA
KIRTI VAIDYA REDDY
ROBERT WILLIAM YALEN
Assistant United States Attorneys
Tel.: (212) 637-2751 (Onozawa)
Tel.: (212) 637-2751 (Reddy)
Tel.: (212) 637-2722 (Yalen)
Fax: (212) 637-2687

cc (by e-mail): Richard Slack, Esq.
Foster Maer, Esq.
Jason Parkin, Esq.
*Attorneys for Plaintiffs*

-2-