UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DATE: 7/14/08

|  |  |
|---|---|
| Virginia Milanes, *et al.*<br>Plaintiffs | 08 CV 2354 |
| - against - | **ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION** |
| Michael Chertoff, *et al.*<br>Defendants | |

Upon the motion of VIRGINIA H. JOHNSON and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

MALICK W. GHACHEM
Weil, Gotshal & Manges LLP
100 Federal Street
Boston, MA 02110-1848
Phone: 617-772-8300
Fax: 617-772-8333
malick.ghachem@weil.com

is admitted to practice *pro hac vice* as counsel for Plaintiffs in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

SO ORDERED:

July 9, 2008

                                                       UNITED STATES DISTRICT JUDGE