COURTESY COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

VIRGINIA MILANES, et al.,

        Plaintiffs,

    v.

MICHAEL CHERTOFF, et al.,

        Defendants.
------------------------------------------------------------X

ECF Case

08 Civ. 2354 (LMM) (KNF)

## MEMO ENDORSED

DEFENDANTS' REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT
OF THEIR MOTION TO DISMISS IN PART AND REMAND IN PART,
OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

*For the reasons set forth on the record on 8/7/08, plaintiffs' motions for a preliminary injunction and for class certification are denied. Defendants' motion for dismissal under Fed. R. Civ. P. 12(b)(6) is granted as to all claims in the complaint (without prejudice to the continued pursuit, by the named plaintiffs and putative class members who have not yet been naturalized, of their naturalization proceedings). Defendants' motion for remand is denied and defendants' motion for summary judgment (not reached) is denied as moot. So ordered.*

*LMM  8/7/08*

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel:  (212) 637-2722
Fax: (212) 637-2687

TOMOKO ONOZAWA
KIRTI VAIDYA REDDY
ROBERT WILLIAM YALEN
Assistant United States Attorneys
— Of Counsel —

RECEIVED IN CHAMBERS

LAWRENCE M. McKENNA
U.S.D.J.