UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
VIRGINIA MILANES, OMAR MIGUEL FARFAN,
MANUEL ALBERTO MARTINEZ, ANDRES
GIOVANNY SANCHEZ, NANCY CASTRO, and
MARGOTH PEREZ DE CHALAMPA, on behalf of
themselves and all other similarly situated individuals,

                08 Civ. 2354 (LMM)

        Plaintiffs,

  -against-

MICHAEL CHERTOFF, in his official capacity as
Secretary of the Department of Homeland Security,
EMILIO GONZALEZ, in his official capacity as
Director of the United States Citizenship and
Immigration Services, ANDREA QUARANTILLO,
in her official capacity as District Director of the
New York City District of the United States
Citizenship and Immigration Services,
MICHAEL B. MUKASEY, in his official capacity as
Attorney General of the United States, and
ROBERT S. MUELLER, III, in his official capacity as
Director of the Federal Bureau of Investigation,

        Defendants.
-------------------------------------------------------------------X

## DECLARATION OF MANUEL ALBERTO MARTINEZ

I, Manuel Alberto MARTINEZ, hereby declare and say that the following statements are true and correct, under penalty of perjury:

1. I reside with my wife and children in Kings County, New York

2. I was born in Mexico in 1972. I am currently a lawful permanent resident of the United States and have a pending US naturalization application. At the age of 17,

I came to the United States to seek a better life. I have been a permanent resident since April 2001.

3. My wife and I are both raising three U.S.-born children - a five year old son, a seven year old daughter, and an eleven year old daughter. My wife, a Mexican national, was recently approved for lawful permanent residency through my spousal sponsorship. Her petition was filed and pending since 2001.

4. I presently am employed as a plumber / maintenance employee at a major hotel chain in New York City.

5. I am a homeowner of the private house in which my family and I live.

6. On or about January 25, 2006, my immigration lawyer submitted an N-400 application for naturalization to USCIS.

7. On February 7, 2006, USCIS issued a notice confirming receipt of my naturalization application and payment. See, Martinez Ex. 1

8. On February 24, 2006 I went to my fingerprint appointment.

9. On May 10, 2006, I was interviewed at the USCIS Garden City, New York office. I was informed that I passed my naturalization examination and needed to wait for a notice of the oath-taking ceremony.

10. After waiting a while, I made several phone calls to the USCIS customer service line in 2006 and in 2007. I received USCIS' letters dated April 17, 2007 and November 14, 2007 with identical replies that the processing of my application could not proceed and was delayed "as the required investigation into your background remains open." See, Martinez Ex. 2.

11. My immigration lawyer also made inquiry to the USCIS. On February 13, 2008, he wrote to the naturalization section chief of the USCIS in Garden City. There has been no reply from USCIS.

12. These delays in obtaining my US citizenship are difficult and have caused me anxiety and problems. They created barriers for my family and for me on life decisions.

13. My immigration petition for my wife was filed in 2001. The length of the wait has been years. The processing of her permanent residency application would likely have been faster if there were no delays in my obtaining U.S. citizenship. As a United States citizen, one has the right to convert the second preference residency petition into an "immediate relative" petition which is typically processed much quicker.

14. I want to be able to vote in the 2008 Presidential elections. It is a major goal in my life. I value the opportunity to elect the leaders of this democratic country. I do want to participate in meaningful ways as a new citizen.

15. I want to sponsor my mother to live with my family in the United States. She is encountering some personal problems and I want to provide her with a stable home. Only US citizens can sponsor a parent under the immigration laws.

16. As of this date, my naturalization application has not been adjudicated. It has been over 25 months since the date I submitted my naturalization application and over 21 months since the date of my examination.

*Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.*

Executed this ___ day of March, 2008.

_____ /s

MANUEL A. MARTINEZ

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| | |
|---|---|
| Request for Applicant to Appear for Naturalization Initial Interview | NOTICE DATE<br>March 22, 2006 |
| CASE TYPE<br>N400  Application For Naturalization | INS A#<br>A 076 547 530 |
| APPLICATION NUMBER<br>ESC*001558688 | RECEIVED DATE<br>January 30, 2006 | PRIORITY DATE<br>January 30, 2006 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
MANUEL ALBERTO MARTINEZ
c/o JEFFREY A FEINBLOOM
FEINBLOOM BERTISCH LLP
299 BROADWAY SUITE 1020
NEW YORK NY 10007

Please come to:
US CITIZENSHIP & IMMIGRATION SERVICE
711 STEWART AVENUE
CITIZENSHIP & IMMIGRATION SERVICE
MAIN ROOM
GARDEN CITY NY 11530
On (Date): Wednesday, May 10, 2006
At (Time): 10:55 AM

You are hereby notified to appear for an interview on your Application for Naturalization at the date, time, and place indicated above. **Waiting room capacity is limited. Please do not arrive any earlier than 30 minutes before your scheduled appointment time.** The proceeding will take about two hours. If for any reason you cannot keep this appointment, return this letter immediately to the INS office address listed below with your explanation and a request for a new appointment; otherwise, no further action will be taken on your application.

If you are applying for citizenship for yourself, you will be tested on your knowledge of the government and history of the United States. You will also be tested on reading, writing, and speaking English, unless on the day you filed your application, you have been living in the United States for a total of at least 20 years as a lawful permanent resident and are over 50 years old, or you have been living in the United States for a total of 15 years as a lawful permanent resident and are over 55 years old, or unless you have a medically determinable disability (you must have filed form N648 Medical Certification for Disability Exception, with your N400 Application for Naturalization).

**You MUST BRING the following with you to the interview:**
- This letter.
- Your Alien Registration Card (green card).
- Any evidence of Selective Service Registration.
- Your passport and/or any other documents you used in connection with any entries into the United States.
- Those items noted below which are applicable to you:

If applying for NATURALIZATION AS THE SPOUSE of a United States Citizen;
- Your marriage certificate.
- Proof of death or divorce for each prior marriage of yourself or spouse.
- Your spouse's birth or naturalization certificate or certificate of citizenship.

If applying for NATURALIZATION as a member of the United States Armed Forces;
- Your discharge certificate, or form DD 214.

If copies of a document were submitted as evidence with your N400 application, the originals of those documents should be brought to the interview.

**PLEASE keep this appointment, even if you do not have all the items indicated above.**

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
USCIS 7TH FLOOR ROOM 7-700
26 FEDERAL PLAZA
NEW YORK NY 10278-

**INS Customer Service Number:**
(800) 375-5283

REPRESENTATIVE COPY



Form I-797C (Rev. 01/31/05) N

MARTINEZ Ex "1"



U.S. Department of Homeland Security
Jacob Javits Federal Building
26 Federal Plaza
New York, NY 10278

**U.S. Citizenship and Immigration Services**

Tuesday, April 17, 2007

MANUEL A. MARTINEZ
7 ROOSEVELT CT
BROOKLYN NY 11232

Dear MANUEL A. MARTINEZ:

On 01/16/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | N400 |
| **Filing date:** | Information not available |
| **Receipt #:** | ESC*001558688 |
| **Beneficiary (if you filed for someone else):** | MARTINEZ, MANUEL, A. |
| **Your USCIS Account Number (A-number):** | Information not available |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

MARTINEZ  SX 2A

U.S. Department of Homeland Security
Jacob Javits Federal Building
26 Federal Plaza
New York, NY 10278



**U.S. Citizenship and Immigration Services**

Wednesday, November 14, 2007

MANUEL MARTINEZ
7 ROOSEVELT CT
BROOKLYN NY 11232

Dear Manuel Martinez:

On 11/13/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | Applicant or Petitioner |
| **Attorney Name:** | Information not available |
| **Case type:** | N400 |
| **Filing date:** | 01/30/2006 |
| **Receipt #:** | ESC*001558688 |
| **Beneficiary (if you filed for someone else):** | Information not available |
| **Your USCIS Account Number (A-number):** | A076547530 |
| **Type of service requested:** | Outside Normal Processing Times |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

MARTINEZ SX ? R